UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA KELLIER,

                                    Petitioner,

            -against-

WARDEN BRIAN MCAULIFFE,
RIVERVIEW CORRECTIONAL FACILITY,

                                    Respondent.

24-cv-9583(LTS)

CIVIL JUDGMENT

      For the reasons stated in the January 21, 2025, order, the Court denies the present petition without prejudice as duplicative of No. 24-CV-8253 (LTS).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 24, 2025
          New York, New York

              /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
           Chief United States District Judge